UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KENTRELL D WELCH,<br><br>　　　　　　　Plaintiff,<br>v.<br>WILLIAM GITTERE, et al.,<br><br>　　　　　　　Defendants. | Case No. 3:21-cv-00136-MMD-CLB<br><br>ORDER |

## I.　DISCUSSION

On July 21, 2021, the Court issued an order screening Plaintiff's complaint under 28 U.S.C. § 1915A. (ECF No. 10.) The screening order dismissed the complaint without prejudice and with leave to amend within 30 days. (*Id.*) Plaintiff has filed a motion seeking an extension until September 22, 2021, to file his first amended complaint. (ECF No. 12).

The Court grants Plaintiff's motion for an extension of time. Plaintiff shall file his first amended complaint on or before September 22, 2021. If Plaintiff fails to file a timely first amended complaint, this action will be subject to dismissal without prejudice, as discussed in the Court's screening order. (ECF No. 10.) Barring unusual circumstance, the Court will not grant any further extensions of time.

## II.　CONCLUSION

For the foregoing reasons, it is ordered that the motion for extension of time (ECF No. 11) is granted. Plaintiff shall file his first amended complaint on or before September 22, 2021.

It is further ordered that, if Plaintiff fails to timely file his first amended complaint, this action will be subject to dismissal without prejudice.

DATED THIS  26th day of July 2021.

_____
UNITED STATES MAGISTRATE JUDGE

1